574

435 A.2d 925

Commonwealth v. Talarico, Jr., Appellant.

Petition for Allowance of Appeal Denied March 18, 1982.

Argued March 20, 1980. William R. Bernhart, for appellant; J. Michael Morrissey, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the opinion of the court below by Wesner, J.

PRICE, J., filed a memorandum concurring statement.

CAVANAUGH, J., concurred in the result and agreed with the memorandum concurring statement of PRICE, J.

435 A.2d 925

Commonwealth v. Tate, III, Appellant.

Submitted September 11, 1980. Raymond J. Takiff, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.